To:
Hon. Kevin E. Martens
Circuit Court Judge
Safety Building Courtroom, # 502
821 W State Street
Milwaukee, WI 53233-1427
John Barrett
Clerk of Circuit Court
Room 114
821 W State Street
Milwaukee, WI 53233
Karen A. Loebel
Asst. District Attorney
821 W State St.
Milwaukee, WI 53233
Robert R. Henak
Henak Law Office, S.C.
316 N. Milwaukee St., Ste. 535
Milwaukee, WI 53202
Sarah K. Larson
Assistant Attorney General
E 0. Box 7857
Madison, WI 53707-7857
*143 You are hereby notified that the Court has entered the following order:
The court having considered the Motion for Reconsideration filed in the above matter, IT IS ORDERED that the Motion for Reconsideration is denied, without costs.